STATE of Missouri, Respondent,

v.

Gregory BREEDEN, Appellant.

Nos. WD 51228, WD 52531.

Missouri Court of Appeals,
Western District.

Feb. 18, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 1, 1997.

Application to Transfer Denied
May 27, 1997.

A. Renae Adamson, Asst. Public Defender,
Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction of passing bad checks, § 570.120, RSMo., 1994, a Class D felony as well as denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Mark R. KILMARTIN, Appellant.

Nos. WD 49675, WD 51789.

Missouri Court of Appeals,
Western District.

Feb. 18, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 1, 1997.

Application to Transfer Denied
May 27, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

Consolidated appeal from convictions of four counts of tampering with a witness, § 575.270.1, RSMo 1994, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).